United States District Court
Southern District of Texas
**ENTERED**
December 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| R&D WORKSHOP, LLC | § § § | |
| Plaintiff, | § | |
| VS. | § | NO. 3:19-cv-107 |
| | § | |
| JUSTIN BAILEY, | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On December 15, 2022, the plaintiff filed a notice of voluntary dismissal as to its claims against the defendant, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt. 13.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendant in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 19th day of December, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE